# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
IPICOM, Inc. dba IPITEK ) ASBCA No. 59656
)
Under Contract Nos. DAAB07-03-C-L418 )
               F33615-03-C-5800 )
               FA7046-05-C-0002 )
               W911NF-06-C-0014 )

APPEARANCE FOR THE APPELLANT:     Nancy O. Dix, Esq.
                                        DLA Piper LLP
                                        San Diego, CA

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
                                          DCMA Chief Trial Attorney
                                        Carol L. Matsunaga, Esq.
                                        Senior Trial Attorney
                                        Defense Contract Management Agency
                                        Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 19 May 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59656, Appeal of IPICOM, Inc. dba IPITEK, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals